## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>　　　　　Plaintiff,<br>v.<br>Doncio Eagle Havatone,<br>　　　　　Defendant. | No. CR-17-08063-001-PCT-DMF<br>**ORDER** |

A petition for revocation of supervised release was filed, hearings were held with the defendant and counsel present, and the defendant has admitted violations of supervised release as set forth in the Petition, Paragraph B, a violation of Standard Condition #9. The Court finds the defendant has violated terms and conditions of supervised release and has considered the factors set forth in 18 U.S.C. § 3583(e), the U.S. Sentencing Commission Chapter 7 policy statements, the United States Sentencing Commission's guideline range, statements of the parties, and all documentation submitted, including any U.S. Probation department report. The Court finds that defendant's supervised release should be revoked. Accordingly,

**IT IS THE ORDER AND JUDGMENT OF THE COURT** that defendant's supervised release is hereby revoked.

**IT IS FURTHER ORDERED** the defendant shall be committed to the custody of the Bureau of Prisons for a term of **SIX (6) MONTHS**, with credit for time served, with no supervised release to follow.

1 **THE COURT RECOMMENDS** the defendant serve his sentence at the Coconino County Jail.

**IT IS FURTHER ORDERED** that all prior orders concerning fine(s), restitution, and special assessment(s) are affirmed.

**IT IS FURTHER ORDERED** that allegation(s) in paragraph A of the petition to revoke are dismissed.

The defendant is advised of the defendant's limited appeal rights.

Dated this 7th day of June, 2018.

_____
Honorable Deborah M. Fine
United States Magistrate Judge